# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aleida C. Nunez          JOINT DEBTOR: _____          CASE NO.: _____
Last Four Digits of SS#6797      Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $600.92 for months _1_ to _60_; in order to pay the following creditors:

Administrative:    Attorney's Fee: $3,650.00    TOTAL PAID $1,500.00
    Balance Due: $2,150.00    payable $430.00/month (Months _1_ to _5_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Reverse Mortgage Solutions, Inc.    Arrearage on Petition Date $30,000.00
Address: 5010 Linbar Dr., Suite 100    Arrears Payment $105.83/month (Months _1_ to _5_)
    Nashville, TN 37211    Arrears Payment $535.83/month (Months _6_ to _60_)
Account No: 5491

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:    Pay    $ 5.00/month (Months _1_ to _60_)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Aleida C. Nunez_
Aleida C. Nunez
Debtor
Date: 08/30/2017

LF-31 (rev. 01/08/10)