UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No.: 17-21018-LMI

Aleida C. Nunez  Chapter 13

Debtor.
_____/

## AFFIDAVIT OF SUPPORT

Before Me, the undersigned authority, personally appeared **Ricardo Miguel Jimenez**, friend of the Debtor, in the above case. Who after being duly sworn, deposes and states the following:

1. I have and will continue to give the debtor $1,000.00 a month for the duration of the Debtor's plan.

2. I am aware that the plan has a remaining duration of sixty (60) months.

4. I am not in a pending bankruptcy.

_____
Ricardo Miguel Jimenez

STATE OF FLORIDA )
COUNTY OF MIAMI-DADE)

Before me, the undersigned, a Notary Public in and for the county and state personally appeared, Ricardo Miguel Jimenez, to me well known and known to me to be the person(s) described herein and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

**WITNESS** my hand and official seal, this 30 day of August, 2017.

Personally known ____ or Produced identification ✓
Type of Identification produced Driver's License

My Commission Expires:

_____
DBlanco
**NOTARY PUBLIC**

Notary Public State of Florida
Dania Blanco
My Commission FF _____
Expires 02/16/__