UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Case No.: 17-21018-LMI

Aleida C. Nunez,   Debtor 13

Debtor.
_____/

**OBJECTION TO CLAIM OF REVERSE MORTGAGE SOLUTIONS, INC.
AND NOTICE OF HEARING ON OBJECTION TO CLAIM**

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the Debtor objects to the following claim filed in this case:

**COMES NOW** the Debtor, **Aleida C. Nunez,** by and through his undersigned counsel and objects to the Proof of Claim filed by Reverse Mortgage Solutions, Inc., (claim number 3), hereinafter referred to as "Creditor" and as grounds therefore would show:

1. Creditor filed a proof of claim on or about November 13, 2017 alleging a secured claim in the amount of $390,671.74, and an arrearage amount of $2,745.56. As the Creditor is a Reverse Mortgage there is no Principal and Interest owed on the debt. Under information and belief the Creditor was foreclosing on the property which is being treated in the plan.

2. The Creditor did not provide a breakdown for any escrow deficiencies, nor did the Creditor provide a breakdown for any attorneys' fees incurred as a result of the foreclosure.

3. The arrearage in the claim should be as reflected in the plan.

**WHEREFORE**, for the above reasons Debtor's pray this Honorable Court enter an order sustaining the Debtor's objection to claim number 3 and the arrearage in claim number 3 should be as listed in the plan.

**You are hereby notified that:** A hearing on this objection will be held on <u>December 5, 2017</u> at 9:00 a.m. at: Clyde Atkins Federal Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, FL 33128.

The movant, or movant's counsel, <u>Freire & Gonzalez, P.A.</u>, shall serve a copy of this objection and notice of hearing on all required parties and shall file this original objection and notice and completed certificate of service (printed on reverse) with the court *not later than 13 days prior to the hearing date.*

---

All moving or objecting parties shall bring to the hearing, a proposed order, sustaining their position, with appropriate copies and envelopes.

---

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **OBJECTION TO PROOF OF CLAIM OF REVERSE MORTGAGE SOLUTIONS, INC.**, has been filed this 21 day of November, 2017, and a copy of the accompanying Notice of Hearing was mailed to **Nancy K. Neidich,** Chapter 13 Trustee, via NEF, **Reverse Mortgage Solutions, Inc.,** 11405 Walters Road, Suite 200, Houston, TX 77014 and **Debtor** in the instant case via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[✓] Gianny Blanco, Esq., FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com