UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                         CHAPTER 13
                                                                              BK CASE NO.: 17-21018-LMI

ALEIDA C. NUNEZ,

    Debtor,

_____/

### RESPONSE TO OBJECTION TO CLAIM No. 3

REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Claim ("Response"), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtor's real property located at 9940 SW 155 Avenue, Miami, FL 33196.

2. Secured Creditor timely filed its Proof of Claim on November 13, 2017 as Claim Number 3-1.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. On November 21, 2017, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim. Debtor has objected to Secured Creditor's Proof of Claim stating that the timely filed proof of claim was not filed in according with Federal Rule of Bankruptcy Procedure 3001(c)(2)(A), stating that an itemization of the amounts owed was not included in Secured Creditor's proof of claim.

5.  Secured Creditor disputes this allegations as a breakdown of monies advances are included on pages 20-28 of Secured Creditor's proof of claim.

6.  Furthermore, Section 3001(c)(2)(A) does not apply, as this is a reverse mortgage and taxes and insurance are a part of the principal balance.

7.  Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court overrules Debtor's objection and allows Secured Creditor's Proof of Claim as filed so as to preserve Creditor's Claim should any further amendments to Debtor's Plan alter Creditor's treatment, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Bouavone Amphone
Bouavone Amphone, Esquire
FL Bar No. 20644
Email: bamphone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Aleida C. Nunez**
9940 SW 155th Avenue
Miami, FL 33196

**Gianny Blanco**
10647 N kendall Dr
Miami, FL 33176

**Edward Freire**
10647 N Kendall Drive
Miami, FL 33176

**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Bouavone Amphone
Bouavone Amphone, Esquire
FL Bar No. 20644
Email: bamphone@rasflaw.com