

**ORDERED in the Southern District of Florida on December 7, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                                                  Case No.: 17-21018-LMI

Aleida C. Nunez,                                                Debtor 13

    Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE**, having come before the court on the 5th day of December, 2017 on *Debtor's Objection to Claim of Well Fargo Bank, N.A.  (claim number 2)* [ECF # 26] and based on the record, it is;

**ORDERED** and **ADJUDGED** :

1. Debtor's Objection to Claim of Well Fargo Bank, N.A. (claim number 2) is **SUSTAINED.**

2. Claim number 2 is reclassified to an allowed unsecured general claim.

###

Copies furnished:
Freire & Gonzalez, P.A.
Nancy K. Neidich, Trustee
Aleida C. Nunez, Debtor
Wells Fargo Bank, N..A., Creditor

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.