UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                Case No.: 17-21018-LMI

Aleida C. Nunez,                                              Chapter 13

      Debtor
_____/

**NOTICE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM OF REVERSE MORTGAGE SOLUTIONS, INC., WITHOUT PREJUDICE**

**COMES NOW** the Debtor, by and through her undersigned counsel and withdraws, without prejudice, the Debtor's Objection to Claim of Reverse Mortgage Solutions, Inc. [#3] filed on November 21, 2017 [DE#32].

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ____ day of ___March___, 2018 to **Reverse Mortgage Solutions, Inc., c/o Bouavone Amphone, Esq.,** via NEF, **Reverse Mortgage Solutions, Inc., c/o Christopher P. Salamone, Esq.,** via NEF, **Reverse Mortgage Solutions, Inc.,** 11405 Walters Road, Suite 200, Houston, TX 77014 and **Debtor** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[X] Gianny Blanco, Esq., FBN: 0078080
10647 N. Kendall Dr.
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1974
courtdoc@fgbkc.com