

**ORDERED in the Southern District of Florida on May 24, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                      CASE NO.: 17-21018-LMI
                                                                        CHAPTER 13

Aleida C. Nunez,

   Debtor.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER OVERRULING OBJECTION TO CONFIRMATION

THIS CASE came on for hearing on May 08, 2018, on REVERSE MORTGAGE

SOLUTIONS, INC.'s ("Secured Creditor") Motion to Reconsider (Docket No. 63). The Court

heard argument of the Parties and has based its decision on the record. Accordingly, it is:

**ORDERED**:

1.      Secured Creditor's Motion for Reconsideration is DENIED for reasons stated on the

   record.

15-027099 - LiG

PAGE 1

Submitted By:
April Harriott, Esq.
Robertson, Anschutz & Schneid, P.L.
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

April Harriott, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

GIANNY BLANCO
10647 N KENDALL DR.
MIAMI, FL  33176

ALEIDA C. NUNEZ
9940 SW 155TH AVENUE
MIAMI, , FL  33196

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130