

**ORDERED in the Southern District of Florida on May 25, 2018.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY
COURT  SOUNTHERN DISTRICT OF
FLORIDA  MIAMI DIVISION

In re:                                                                                               Case No. 17-21018-LMI
                                                                                              Chapter 13

Aleida C. Nunez,

       Debtor.
_____/

**AMENDED[1] ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER
OVERRULING OBJECTION TO CONFIRMATION**

THIS CASE came on for hearing on May 08, 2018, on REVERSE MORTGAGE SOLUTIONS, INC.'s ("Secured Creditor") Motion to Reconsider (Docket No. 63). The Court heard argument of the Parties and has based its decision on the record. Accordingly, it is:

---

[1] Amended to add footnote 2.

1

ORDERED:

1. Secured Creditor's Motion for Reconsideration is DENIED for reasons stated on the record.[2]

### 

Submitted By:
April Harriott, Esq.
Robertson, Anschutz & Schneid, P.L.
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

April Harriott, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

GIANNY BLANCO
10647 N KENDALL DR.
MIAMI, FL  33176

ALEIDA C. NUNEZ
9940 SW 155TH AVENUE
MIAMI, , FL  33196

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

---

[2] The Court will issue a memorandum opinion outlining its reasons at a later date.

2