UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 17-21018-LMI
CHAPTER 13

Aleida C. Nunez,

    Debtor.
_____/

### NOTICE OF APPEAL OF (I) MEMORANDUM OPINION AND ORDER OVERRULING OBJECTION TO CONFIRMATION BY REVERSE MORTGAGE SOLUTIONS INC.; (II) ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER OVERRULING OBJECTION TO CONFIRMATION; AND (III) AMENDED ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER OVERRULING OBJECTION TO CONFIRMATION

Reverse Mortgage Solutions, Inc. ("Reverse Mortgage Solutions"), hereby files this Notice of Appeal to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 158, Federal Rules of Bankruptcy Procedure 8002 and 8003, Local Rule 8003-1, and District Court Rule 87.4.  Reverse Mortgage Solutions is a secured creditor, objector, and party in interest in the above-captioned chapter 13 case.

Reverse Mortgage Solutions appeals the following:

(i) *Memorandum Opinion and Order Overruling Objection to Confirmation by Reverse Mortgage Solutions Inc.* [Docket No. 59], dated March 28, 2018, attached hereto as **Exhibit A**;

(ii) *Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation* [Docket No. 79], dated May 24, 2018, attached hereto as **Exhibit B**; and

(iii) *Amended Order Denying Motion for Reconsideration of Order Overruling Objection to Confirmation* [Docket No. 80], dated May 25, 2018, attached hereto as **Exhibit C**.

The names of all parties to the judgment, order, or decree from which Reverse Mortgage Solutions appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

| Party | Attorney |
|---|---|
| Aleida C. Nunez<br>Debtor | Gianny Blanco<br>10647 N Kendall Dr<br>Miami, FL 33176<br>305.826.1774<br><br>Edward Freire<br>10647 N Kendall Drive<br>Miami, FL 33176<br>305.826.1774<br><br>Laila S. Gonzalez<br>10647 N Kendall Dr<br>Miami, FL 33176<br>305.826.1774 |
| Nancy K. Neidich<br>Standing Chapter 13 Trustee | Nancy K. Neidich, Esq.<br>Standing Chapter 13 Trustee<br>P.O. Box 279806<br>Miramar, FL 33027<br>(954) 443-4402 |
| United States Trustee | Charles R. Sterbach<br>Assistant United States Trustee<br>51 SW First Avenue, Room 1204<br>Miami, FL 33130<br>(305) 536-7285 |

This Notice of Appeal is accompanied by the prescribed fee.

Respectfully submitted this 1st day of June, 2018.

/s/ Edwin G. Rice
Edwin G. Rice
Florida Bar No.855944
erice@bradley.com
**BRADLEY ARANT BOULT CUMMINGS, LLP**
100 N. Tampa Street, Suite 2200
Tampa, FL  33602
Telephone:  (813) 229-3333
Facsimile:   (813) 229-5946
*Attorney for Reverse Mortgage Solutions, Inc.*

4851-2286-5767.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF electronic noticing or U.S. Mail on June 1, 2018, to Gianny Blanco, 10647 N. Kendall Drive, Miami, FL 33176, courtdoc@fgbkc.com; Aleida C. Nunez, 9940 SW 155th Avenue, Miami, FL 33196; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027; April Harriott, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, aharriott@rasflaw.com; and Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

/s/ Edwin G. Rice
Edwin G. Rice
Florida Bar No.855944
erice@bradley.com
**BRADLEY ARANT BOULT CUMMINGS, LLP**
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 229-3333
Facsimile: (813) 229-5946
*Attorney for Reverse Mortgage Solutions, Inc.*

4851-2286-5767.1