**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF**
**MIAMI DIVISION**

IN RE:                                                            CASE NO.: 17-21018-LMI
                                                                                    CHAPTER 13

       Aleida C. Nunez,

         Debtor.

_____/

## NOTICE OF FILING

     **PLEASE TAKE NOTICE THAT**, REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), hereby files the following document(s) in response to Amended Objection to Claim, DE 72 :

     **Escrow Breakdown related to Proof of Claim, Claim 3-2**

     Respectfully Submitted,

     ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
     Attorney for Secured Creditor
     6409 Congress Ave., Suite 100
     Boca Raton, FL 33487
     Telephone: 561-241-6901
     Facsimile: 561-997-6909

     By: /s/ April Harriott
     April Harriott, Esquire
     Florida Bar Number 37547
     Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2018, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

GIANNY BLANCO
10647 N KENDALL DR.
MIAMI, FL  33176

ALEIDA C. NUNEZ
9940 SW 155TH AVENUE
MIAMI, , FL  33196

NANCY K. NEIDICH
POB 279806
MIRAMAR, , FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, , FL  33130


ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909


By: /s/ April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@rasflaw.com


15-027099 - ChL

| | |
|---|---|
| Skey | |
| Borrower Last Name | NUNEZ |
| Property Address | 9940 SOUTHWEST 155th AVENUE, MIAMI, FL, 33196 |
| MCA | 112.11 % |

**Total Amount Due for Reinstatement** $ 2,745.56

**Reinstatement as of:**   07/16/2018 12:00 AM

*This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.*

**Details/Breakdown**

| | Corporate Advances | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 11/27/2015 | Corp Adv - S305 - Taxes | $ 2,960.80 |
| 12/20/2016 | Corp Adv - S305 - Taxes | $ 2,958.49 |
| **Total** | | **$ 5,919.29** |

| | Remittances | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 02/03/2012 | Part Repay - Prop Chrg Pre D&P | ($ 5,974.91) |
| 05/04/2016 | Corp Adv - S305 - Taxes Repay | ($ 2,960.80) |
| 01/30/2017 | Corp Adv - S305 - Taxes Repay | ($ 2,958.49) |
| **Total** | | **($ 11,894.20)** |

| | Pre D&P Charges | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 11/09/2011 | Disb - Prop Chrg Pre D&P - Hazard Ins | $ 8,720.47 |
| **Total** | | **$ 8,720.47** |