UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:	Case No.:17-21018-LMI

Aleida C. Nunez	Chapter 13

Debtor.
_____/

## NOTICE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** the Debtor, by and through undersigned counsel and withdraws, the Debtor's Objection to Claim of Reverse Mortgage Solutions [ECF # 72].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 12 day of September, 2018 to **Nancy K. Neidich, Trustee**, via NEF, and **Christopher Salamone, Esq**, via NEF, **all registered users of ECF** via NEF and Debtor in the instant case via regular mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 N. Kendall Dr.
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1974
courtdoc@fgbkc.com