UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                             Case No.: 17-21018-LMI

Aleida C. Nunez,                                   Chapter 13

    Debtor.
_____/

## MOTION TO MODIFY PAYMENT PLAN AND CERTIFICATE OF SERVICE ON NOTICE OF HEARING

**COMES NOW** the Debtor, ALEIDA C. NUNEZ, by and through her undersigned counsel and moves this Honorable Court for an Order Granting Modification of the Debtor's Chapter 13 Plan, and as grounds therefore would show:

1. The Debtor filed the instant case on August 30, 2017.

2. The Debtor's Chapter 13 Plan was confirmed on March 12, 2019.

3. The Debtor is seeking to modify her plan to cease te payments to Reverse Mortgage Solutions, Inc.

**WHEREFORE**, for the above stated reason, Debtor prays this Honorable Court grant this Motion to Modify Payment Plan and grant such other and further relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, has been filed this 4th day of April, 2019, a copy of the foregoing and the accompanying **Notice of Hearing** is being simultaneously mailed to **Nancy K. Neidich**, via NEF, **all creditors** in the attached mailing list and **Debtor** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.
*Attorneys for Debtor*
[ ] Edward Freire, Esq. FBN: 0813771
[x] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10691 N. Kendall Dr., Suite 207
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3C-1<br>se 17-21018-LMI<br>uthern District of Florida<br>ami<br>u Apr  4 12:27:14 EDT 2019 | Reverse Mortgage Funding LLC<br>Robertson, Anschutz & Schneid P.L.<br>6409 Congress Ave Suite 100<br>Boca Raton, FL 33487-2853 | Reverse Mortgage Solutions, INC.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| nk Of America<br>4-105-03-14<br> Box 26012<br>eensboro, NC 27420-6012 | Cbusasears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| ase Card Services<br>tn: Correspondence<br> Box 15278<br>lmington, DE 19850-5278 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| tibank/The Home Depot<br>ticorp Cr Srvs/Centralized Bankruptcy<br> Box 790040<br>Louis, MO 63179-0040 | Citicard<br>General Correspondence<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| menity Capital Bank/HSN<br> Box 182125<br>lumbus, OH 43218-2125 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| scover Bank<br>scover Products Inc<br> Box 3025<br>w Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Equifax Credit Bureau<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| perian Credit Bureau<br>5 Anton Blvd.,<br>sta Mesa, CA 92626-7037 | FBCS<br>330 S Warminster Road, Ste 353<br>Hatboro, PA 19040-3433 | First National Bank<br>Po Box 660509<br>Dallas, TX 75266 |
| )FORD MOTOR CREDIT COMPANY<br>O BOX 62180<br>LORADO SPRINGS CO 80962-2180 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Reverse Mortgage Solutions, INC.<br>14405 Walters Rd., Suite 200<br>Houston, TX 77014-1345 |
| verse Mortgage Solutions, Inc.<br>10 Linbar Drive, Suite 100<br>shville, TN 37211-5064 | Sunset Dental Place Linamiranda DDS<br>9210 SW 72nd Street<br>Suite 103<br>Miami, FL 33173-3274 | Synchrony Bank / HH Gregg<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| nchrony Bank/ JC Penneys<br>tn: Bankruptcy<br> Box 956060<br>lando, FL 32896-0001 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 |

| | | |
|---|---|---|
| ansunion Credit Bureau<br>O. Box 2000<br>um Lynne, PA 19022 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| lls Fargo Financia<br>o. Box 94498<br>s Vegas, NV 89193-4498 | Aleida C. Nunez<br>9940 SW 155th Avenue<br>Miami, FL 33196-3826 | Edward Freire<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 |
| anny Blanco<br>691 N. Kendall Drive<br>ite 207<br>ami, FL 33176-1595 | Laila S. Gonzalez<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| partment of Treasury<br>ternal Revenue Service<br>O. Box 69<br>mphis, TN 38101-0069 | Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St Louis, MO 63166-0108 |
| )US Bank/Rms CC<br>rd Member Services<br> Box 108<br> Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Miami | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                   39 | |