

**ORDERED in the Southern District of Florida on May 15, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  Case No.: 17-21018-LMI

Aleida Nunez,                                                                    Chapter 13

       Debtor.
_____/

### ORDER DENYING CREDITOR'S MOTION FOR RELIEF FROM ORDER CONFIRMING CHAPTER 13 PLAN WITHOUT PREJUDICE

**THIS CAUSE** came on for hearing on the 7th day of May, 2019 on *Creditor's Motion for Relief from Order Confirming Chapter 13 Plan* [DE#133], the court having heard argument of counsel and for the reasons stated on the record, it is:

**ORDERED:**

1. Creditor's *Motion for Relief from Order Confirming Chapter 13 Plan* [DE# 133] is

    **DENIED** without prejudice for the reasons stated on the record.

###

Copies Furnished:
Freire & Gonzalez, P.A., Debtor's Counsel
Aleida Nunez, Debtor
Nancy K. Neidich, Chapter 13 Trustee
Reverse Mortgage Solutions, Creditor

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service