

**ORDERED in the Southern District of Florida on June 7, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No.: 17-21018-LMI

Aleida C. Nunez                                           Chapter 13

       Debtor.
_____/

### ORDER GRANTING DEBTOR'S COUNSEL'S SUPPLEMENTAL APPLICATION FOR COMPENSATION

**THIS CAUSE** came on for hearing on the 7th day of May, 2019 on *Debtor's Counsel's Supplemental Application for Compensation* [DE#143] and based on the record, it is:

**ORDERED:**

1. Debtor' Counsel's Supplemental Application for Compensation [DE#143] is **GRANTED**.

2. Debtor' Counsel, Edward Freire, Esq., of Freire & Gonzalez, P.A., is awarded an additional $13,872.50 in fees and $151.25 in costs for a total additional award in the amount of $14,023.75 for the representation of the Debtor, Aleida C. Nunez.

Combined with the previous Application for Compensation, which was granted by this court, the total amount of fees and costs awarded to Debtor's counsel is $24,076.86.

3. To date, Debtor' counsel has received $1,500.00 for its representation of the Debtor.

4. The 3rd Amended Chapter 13 Plan for which the Trustee recommended confirmation provides for Debtor's Counsel to be paid $ 8,553.11 through the Debtor' Chapter 13 Plan.

5. If the Debtor' Chapter 13 Plan is amended or modified in the future, Freire and Gonzalez, P.A. is authorized to be paid the additional $14,023.75 through the Chapter 13 Plan.

###

Copies furnished to:
Freire & Gonzalez, P.A., Attorneys for the Debtor
Aleida C. Nunez, Debtor
Nancy K. Neidich, Trustee

Freire & Gonzalez, P.A., shall serve a copy of this Order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, Local Rules or Orders of the Court and shall file this original notice and completed certificate of service.