UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-21018-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

ALEIDA C. NUNEZ

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$602.23**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2099
MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **January 2, 2020** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of November 2019.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 17-21018-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ALEIDA C. NUNEZ
9940 SW 155TH AVENUE
MIAMI, FL  33196

**ATTORNEY FOR DEBTOR**
EDWARD FREIRE, ESQ.
10691 N KENDALL DRIVE
SUITE 207
MIAMI, FL  33176