# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ____AP____ D.C.

**May 6, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 06, 2020

Gianny Blanco
Freire & Gonzalez, PA
10647 N KENDALL DR
MIAMI, FL 33176

Edward Freire
Freire & Gonzalez, PA
10647 N KENDALL DR
MIAMI, FL 33176

Laila S. Gonzalez
Freire & Gonzalez, PA
10647 N KENDALL DR
MIAMI, FL 33176

Jeffrey M. Hearne
Legal Services of Greater Miami, Inc.
4343 W FLAGLER ST STE 100
MIAMI, FL 33134

Jacqueline Cisneros Ledon
J. Muir & Associates, PA
1900 N BAYSHORE DR STE 1A
MIAMI, FL 33132

Maxine Master Long
Legal Services of Greater Miami, Inc.
4343 W FLAGLER ST STE 100
MIAMI, FL 33134

Appeal Number: 20-11696-AA
Case Style: Reverse Mortgage Solutions, I v. Aleida Nunez
District Court Docket No: 1:19-cv-22175-KMW
Secondary Case Number: 17:bk*21018-LMI

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE June 15, 2020. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix. (In cross-appeals pursuant to Fed.R.App.P. 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA/deo
Phone #: (404) 335-6180

DKT-7CIV Civil Early Briefing

# UNITED STATES DISTRICT COURT OF THE
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22175-KMW

REVERSE MORTGAGE SOLUTIONS, INC.

    APPELLANT,

VS.

ALEIDA C. NUNEZ,

    APPELLEE.

_____/

## DEBTOR/APPELLEE'S NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Pursuant to Rule 6 of the Federal Rules of Appellate Procedure, Debtor/Appellee Aleida Nunez appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Judgment (ECF 14) entered on April 10, 2020, and the Court's Order (ECF 13), entered on April 10, 2020, and referenced in the Final Judgment.

The parties to the judgment and orders appealed from and the names and addresses of their respective attorneys are as follows:

**Aleida C. Nunez, Debtor/Appellee**

Attorneys:
Jeffrey M. Hearne
Maxine Long

1