UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                        Case No.:17-21018-LMI

ALEIDA C. NUNEZ,                                              Chapter 13

       Debtor.

_____/

## STATUS REPORT OF APPEAL

**COMES NOW** the Debtor, ALEIDA NUNEZ, by and through her undersigned counsel and files the instant Status Report of the Appeal against Reverse Mortgage Solutions:

1.      Under information and belief, the 11th Circuit asked a jurisdictional question and Appellate Counsel filed the response on June 12, 2020.  The Lender has also requested that the court accept jurisdiction. The Lender's brief has also been filed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 16th day of June, 2020 to **Nancy K. Neidich, Trustee**, via NEF, and **Christopher Salamone, Esq**, via NEF, **all registered users of ECF** via NEF and  Debtor in the instant case via regular mail.

                                   */s/Gianny Blanco*_____
                                   FREIRE & GONZALEZ, P.A.,
                                   Attorneys for Debtor(s)
                                   Edward Freire, Esq. FBN: 0813771
                                   Laila S. Gonzalez, Esq. FBN: 0975291
                                   ***Gianny Blanco, Esq., FBN: 0078080***
                                   10691 N. Kendall Dr., Ste. 207
                                   Miami, FL 33176
                                   Tel:  (305) 826-1774
                                   Fax: (305) 826-1974
                                   courtdoc@fgbkc.com