# ATTACHMENT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-22175-WILLIAMS

REVERSE MORTGAGE SOLUTIONS, INC.,

        Appellant,
vs.

ALEIDA C. NUNEZ,

        Appellee.
_____/

## ORDER

Appellant Reverse Mortgage Solutions, Inc. ("RMS") appeals the Bankruptcy Court's order confirming a Chapter 13 Plan and the Bankruptcy Court's order denying a motion for relief from that order. (DE 1). This matter relates to the same Chapter 13 bankruptcy plan appealed in Case No. 1:18-cv-22204-KMW ("Prior Appeal"). In that matter, the Court found that the Bankruptcy Court erred, and that Appellee Aleida Nunez did not constitute a "borrower" under the reverse mortgage at issue. Ms. Nunez filed a motion for reconsideration, arguing that the Court's findings had been superseded by the intervening decision of *OneWest Bank, FSB v. Palmero*, No. 3D14-3114, 2019 WL 1783727 (Fla. 3d DCA 2019). On consideration of the record, motion, and applicable law, including the substituted findings in *One West Bank, FSV v.* Palmero, the Court denied Ms. Nunez' motion for reconsideration.

In its present appeal, RMS states that the Bankruptcy Court entered a ruling "premised upon a finding that the [Ms. Nunez] is a 'Borrower' under the reverse mortgage", a finding contrary to this Court's order in Case No. 1:18-cv-22204-KMW. (DE 12). Accordingly, RMS "requests entry of judgment reversing the Bankruptcy Court in this

appeal because the Prior Appeal is binding on [Ms. Nunez]" notwithstanding her appeal of the Court's orders to the United States Court of Appeals for the Eleventh Circuit. *Id.* RMS states that it conferred with Ms. Nunez and she "objects to the relief sought in [the] motion solely to the extent that [she] intends to preserve her rights to challenge this Court's order in the Prior Appeal in the Court of Appeals and to appeal the judgment in this case." *Id.* According to RMS, Ms. Nunez agrees that the Court's order in Case No. 1:18-cv-22204-KMW involves the same issues of law and fact as this appeal, and "but for her objections to that order on the merits, entry of judgment would otherwise be appropriate in this appeal." *Id.* Ms. Nunez did not file any response to RMS' motion to supplement or dispute RMS' articulation of her position.

As of the date of this order, Ms. Nunez' appeal of the Court's order in Case No. 1:18-cv-22204-KMW remains pending. Accordingly, consistent with the Court's findings in the Prior Appeal, and for the reasons set forth in RMS' motion, the Court finds that this matter shall be **REVERSED AND REMANDED** for further proceedings in accordance with this order and the Court's orders in Case No. 1:18-cv-22204-KMW.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of April, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE